**Electronically Filed
Supreme Court
SCPW-10-0000228
21-JAN-2011
03:00 PM**

NO. SCPW-10-0000228

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TRINA ELLEN KALANIMINOAKA MEI JUNN WEGESEND, Petitioner,

vs.

CLERK OF THE DISTRICT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CIVIL NO. 1RC10-1-4628)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge To'oto'o, assigned by reason of vacancy)

Upon consideration of the motion for reconsideration of

the January 6, 2011 order denying the petition for a writ of

mandamus,

IT IS HEREBY ORDERED that the motion for

reconsideration is denied.

DATED: Honolulu, Hawai'i, January 21, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Fa'auuga To'oto'o

